### Joe RIVIS v. STATE. (No. 12403.)

Court of Criminal Appeals of Texas. Feb. 13, 1929.

Nye H. Clark, of Lockhart, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is burglary; the punishment confinement in the penitentiary for six years. Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

■

### Joe RIVIS v. STATE. (No. 12404.)

Court of Criminal Appeals of Texas. Feb. 13, 1929.

Nye H. Clark, of Lockhart, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for robbery; punishment being 35 years in the penitentiary.

Appellant has filed with this court his personal affidavit, as well as that of his attorney, asking that his appeal be dismissed.

In compliance with such request, the appeal is ordered dismissed.